IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>   v.<br><br>CHARLES R. BARBOUR,<br><br>        Defendant. | )<br>)<br>)<br>) Criminal No. 4-13-CR-010<br>)<br>) INFORMATION<br>) T. 26, U.S.C. § 7201<br>)<br>)<br>) |

**THE UNITED STATES ATTORNEY CHARGES:**

**COUNT 1**
**(Income Tax Evasion)**

On or about December 14, 2009, in the Southern District of Iowa, the defendant, CHARLES R. BARBOUR, a resident of Des Moines, Iowa, did willfully attempt to evade and defeat a large part of the income tax due and owing by him to the United States of America for the calendar year 2006, by filing and causing to be filed with the Director, Internal Revenue Service Center, at St. Louis, Missouri, a false and fraudulent U.S. Individual Income Tax Form 1040. In that false return, CHARLES R. BARBOUR stated that his taxable income for the calendar year 2006 was the sum of ($6,915.00), and that the amount of tax due and owing thereon was the sum of $537.00. In fact, as she then and there knew, his taxable income for the calendar year was the sum of $75,210.00, upon which taxable income there was owing to the

United States of America an income tax of $25,331.00.

This is a violation of Title 26, United States Code, Section 7201.

Nicholas A. Klinefeldt
United States Attorney

By: /s/

Mary C. Luxa
Assistant United States Attorney
